UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                            CASE NO. 13 B 17270
                                         CHAPTER 13

Melvonne Wickliffe Jones

                                         JUDGE JACK B SCHMETTERER

            DEBTOR                    **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** MIDFIRST BANK

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 5 | 22 | XXXXXX9030 | $2,041.13 | $2,041.13 | $2,041.13 |
| Total Amount Paid by Trustee | | | | | $2,041.13 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

  __  Through the Chapter 13 Conduit        **X**   Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 13-17270-JBS

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 2nd day of December, 2015.

| Debtor: | Attorney: |
|---|---|
| Melvonne Wickliffe Jones | GLENDA J GRAY |
| 423 Morris Ave | 223 W JACKSON BLVD # 1116 |
| Bellwood, IL  60104 | CHICAGO, IL  60606 |
|  | via Clerk's ECF noticing procedures |

Creditor:
MIDFIRST BANK
999 NW GRAND BLVD
OKLAHOMA CITY, OK  73118

ELECTRONIC SERVICE - United States Trustee


Date:  December 02, 2015                                      /s/ TOM VAUGHN
                                                              TOM VAUGHN
                                                              CHAPTER 13 TRUSTEE
                                                              55 E. MONROE STREET, SUITE 3850
                                                              CHICAGO, IL  60603